# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149692 & (26)

WILLIAM DURST,
    Plaintiff-Appellee,

v

FARID FATA, M.D., and MICHIGAN
HEMATOLOGY ONCOLOGY, P.C.,
    Defendants-Appellants,
and

CRITTENDON CANCER CENTER, ELAYNE
ARTERBERY, M.D., and MICHIGAN
RADIATION ASSOCIATES, P.L.L.C.,
    Defendants.
_____/

SC: 149692
COA: 312898
Oakland CC: 2014-138650-NH

       On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to any party.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2014

